KELLY, Appellant, v. BEERS et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Action by Sarah E. Kelly against Franklin B. Beers and another, as executors, etc., and the Home Savings Bank of the City of Albany.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG and SEWELL, JJ., dissent.

---

KELLY, Respondent, v. MULCAHY, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by James Kelly, as administrator, against John Mulcahy. P. Van Alstine, for appellant. A. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

KINDBERG, Respondent, v. CHAPMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Edward O. Kindberg against Robert R. Chapman. T. T. Baylor, for appellant. A. Reymert, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

KINDORF, Appellant, v. HOELLERER, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Frederick Kindorf against Philip J. Hoellerer. M. Dammann, for appellant. F. V. Johnson, for respondent.

PER CURIAM. Order affirmed, with costs, on 87 App. Div. 628, 84 N. Y. Supp. 465. Order filed.

PATTERSON, P. J., and LAUGHLIN, J., dissent.

---

KING, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Michael King, as administrator, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict of the jury that plaintiff's intestate was free from contributory negligence was contrary to and against the weight of the evidence.

McLENNAN, P. J., and KRUSE, J., dissent, and vote for affirmance.

---

KNICKERBOCKER TRUST CO., Respondent, v. PACKARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by the Knickerbocker Trust Company against Mark Packard. No opinion. Judgment and order affirmed, with costs.

---

KOBLENZER, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Morris Koblenzer against the New York City Railway Company. C. F. Brown, for appellant. B. Scharps, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

LAKOWSHOWSKY v. UTOPIA LAND CO. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by Abraham Lakowshowsky against the Utopia Land Company. No opinion. Application granted. Order signed.

---

LALLY, Appellant, v. NEW YORK CENT. & H. R. R., CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Lavinia Lally against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs. See 107 N. Y. Supp. 868.

---

LA MONTAGUE et al., Respondents, v. BANK OF NEW YORK NAT. BANKING ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by Edward La Montague and others against the Bank of New York National Banking Association. P. D. Trafford, for appellant. A. C. Brown, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

LANE, Respondent, v. HOLDEN et al. Appellants. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Charles M. Lane against Hendrick S. Holden and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Held, that the moving papers did not show that the examination was necessary to frame the complaint, or that the testimony of the persons to be examined was material and necessary in the prosecution of the action, issue not having been joined; also on the ground that the affidavit on which the order of examination was granted was defective and insufficient, in that it failed to state whether or not the defendants Satterlee and Busch had appeared in the action, and, if they or either of them had appeared therein, the name and residence or office address of the attorney by whom they or either of them had appeared.

ROBSON, J., concurs on ground last stated.
SPRING, J., dissents, and votes for affirmance.

---

LAPPERT, Respondent, v. CONSOLIDATED TELEPHONE & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Bella Lappert against the Consolidated Telephone & Electric Company. F. H. Hulse, for appellant. M. L. Schallek, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.

---

LAVIN, Respondent, v. DEGNON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Michael Lavin against the Degnon Contracting Company. No opinion. Motion denied.

---

LEACH, Appellant, v. INTERNATIONAL PAPER CO., Respondent. (Supreme Court,

Appellate Division, Third Department. January 8, 1908.) Action by Arthur G. Leach against the International Paper Company. No opinion. Judgment affirmed, with costs.

LECENT, Respondent, v. BOURCIER, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by Josephine Lecent against John Bourcier, as administrator, etc., of Charles Bourcier, deceased. No opinon. Judgment of the Municipal Court affirmed by default, with costs.

LEVEY v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Jay A. Levey against the Consolidated Gas Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

LONGENECKER, Respondent, v. KUHN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by David R. Longenecker against John R. Kuhn and others. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

LOUGNOT, Respondent, v. CENTRAL NEW YORK TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Nicholas Lougnot, as administrator, etc., against the Central New York Telephone & Telegraph Company. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the finding of the jury that plaintiff's intestate was free from contributory negligence was contrary to and against the weight of the evidence.

LOVE, Appellant, v. LUSHER et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by John H. Love, Jr., against Walter R. Lusher and others. No opinion. Order affirmed, with $10 costs and disbursements.

LYNCH, Respondent, v. AMERICAN LINSEED CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Jeremiah F. Lynch against the American Linseed Company. No opinion. Motion denied, without costs.

McCARTHY, Respondent, v. UNION–SUN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Florence McCarthy, by guardian, etc., against the Union-Sun Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide the event. Held, that the finding of the jury that the defendant was guilty of negligence and that the plaintiff was free from contributory negligence was contrary to and against the weight of the evidence.

SPRING and KRUSE, JJ., dissent, and vote for affirmance.

McCRUM, Appellant, v. LEX REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Lloyd G. McCrum against the Lex Realty Company and another. W. P. Maloney, for appellant. R. T. Greene, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

McGILL, Respondent, v. BRADY et al., Appellants. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Nelson A. McGill against John F. Brady and others. No opinion. Motion denied, on terms stated in order. Order filed.

McKENNA, Appellant, v. NEW AMSTERDAM CO., Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Michael F. McKenna, as administrator, against the New Amsterdam Company. B. W. Gibson, for appellant. J. A. Garver, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

McLAIN, Respondent, v. HOUSEHOLD SEWING MACH. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Frank C. McLain against the Household Sewing Machine Company. S. P. Anderson, for appellant. S. H. Ordway, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

PATTERSON, P. J., and LAMBERT, J., dissent.

McNAMARA, Appellant, v. GOLDAN, Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Daniel McNamara against S. Ormond Goldan. J. N. Tuttle, for appellant. A. Steckler, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MARIETTA, Appellant, v. CLEVELAND, C., C. & ST. L. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Nicholas Marietta against the Cleveland, Cincinnati, Chicago & St. Louis Railway Company. A. R. Genet, for appellant. J. S. Sheppard, Jr., for respondent. No opinion. Judgment (100 N. Y. Supp. 1027) affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

MALDONADO & CO., Respondent, v. ESPEN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Maldonado & Co. against Frank B. Espen and others. J. C. Guggenheimer, for appellants. F. F. Neumann, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MAMELOK v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Rose Mamelok against the Consolidated Gas